

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2021

No. 04-21-00290-CV

**PARRISH & CO., INC.** and East Point Installers, Inc.,
Appellants

v.

Vincent **POLIDORE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11827
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

This is an interlocutory appeal from the trial court's denial of appellants' motion to compel arbitration. On September 17, 2021, appellee filed a motion to dismiss this appeal asserting (1) appellants appeal should be dismissed for want of prosecution because they failed to timely-file their brief and (2) this court lacks jurisdiction to consider an appeal from the trial court's denial of appellants' motion to reconsider the denial of its motion to compel arbitration. On September 27, 2021, appellants filed a response.

On August 19, 2021, this court issued an order stating appellants' brief was due September 6, 2021. Appellants filed their brief on September 3, 2021. Appellants' notice of appeal clearly states they wish to appeal from the trial court's denial of their motion to compel arbitration, not the denial of their motion for reconsideration. Appellee's motion to dismiss is DENIED. Appellee is reminded that his brief is due October 4, 2021.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court